UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LILIA BELKOVA RUSSO,

    Appellant,

v.                                                               Case No. 5:20-cv-619-Oc-32

DEER RUN PROPERTY OWNERS'
ASSOCIATION, INC., PNC BANK,
N.A., and FIDELITY NATIONAL
TITLE GROUP,

    Appellees.

LILIA BELKOVA RUSSO,

    Appellant,

v.                                                               Case No. 5:21-cv-25-Oc-32

PNC BANK, N.A.,

    Appellee.

**O R D E R**

    These cases are before the Court on Appellee PNC Bank, N.A.'s motions to consolidate Appellant Lilia Belkova Russo's two appellate cases. Case No. 5:20-cv-619-Oc-32, Doc. 5; Case No. 5:21-cv-25-Oc-32, Doc. 8. Upon review, the Court **GRANTS** the motions, as Ms. Russo's two appellate cases arise out of the

same underlying action. Case No. 5:21-cv-25-Oc-32 shall be consolidated with Case No. 5:20-cv-619-Oc-32.[1]

The parties need only file in Case No. 5:20-cv-619-Oc-32 from here forward. The Clerk should administratively close the related Case No. 5:21-cv-25-Oc-32, to be re-opened at the conclusion of the appeal for entry of the Court's order on appeal, or earlier upon motion by any party. The Appellees are reminded that Ms. Russo is not registered with CM/ECF, so they should <u>not</u> rely on CM/ECF for purposes of service.

**DONE AND ORDERED** in Jacksonville, Florida the 29th day of January, 2021.



TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:
Lilia Belkova Russo
<u>Pro</u> <u>se</u> Appellant

Counsel of record

---

[1] In its 3.01(g) certification in Case No. 5:20-cv-619-Oc-32, PNC Bank states that it has conferred with counsel for Deer Run Property Owners' Association, Inc. and for Fidelity National Title Group, and neither opposes the motion. (Doc. 5 at 6). PNC Bank further states that Ms. Russo has not responded to efforts to confer. <u>Id.</u> The Court shall proceed with consolidating the cases now for the purpose of efficiency, because the cases arise from the same underlying action, and because time is running on the parties' deadlines.